IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MICHAEL BANARD MOORE                                                                         PLAINTIFF

V.                                                          CIVIL ACTION NO. 3:13-cv-801-CWR-FKB

NURSE UNKNOWN LITTLE, ET AL.                                                           DEFENDANTS

CONSOLIDATED WITH

MICHAEL BANARD MOORE                                                                         PLAINTIFF

V.                                                           CIVIL ACTION NO. 3:14-cv-83-CWR-FKB

CEO SCOTT MARQUARDT, ET AL.                                                            DEFENDANTS

## ORDER

This matter is before the Court pursuant to the Report and Recommendations of United States Magistrate Judge F. Keith Ball entered on November 21, 2014, Docket No. 38, which clearly notified the parties that failure to file written objections to the findings and recommendations contained therein within fourteen (14) days of being served would bar further appeal in accordance with 28 U.S.C. § 636.  That period has expired, and neither party has voiced any objection.

The findings of fact and conclusions of law contained within the Report and Recommendation are, therefore, adopted fully herein by reference.  Accordingly, Defendants' motions for summary judgment, Docket Nos. 30, 32, and 34, are hereby GRANTED.  A Final Judgment will be entered in accordance with this Order.

**SO ORDERED**, this the 12th day of December, 2014.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE