IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MICHAEL BANARD MOORE                                                        PLAINTIFF

V.                                             CIVIL ACTION NO. 3:13-cv-801-CWR-FKB

NURSE UNKNOWN LITTLE, ET AL.                                            DEFENDANTS

CONSOLIDATED WITH

MICHAEL BANARD MOORE                                                        PLAINTIFF

V.                                              CIVIL ACTION NO. 3:14-cv-83-CWR-FKB

CEO SCOTT MARQUARDT, ET AL.                                             DEFENDANTS

## FINAL JUDGMENT

On this day, the Court entered an Order ADOPTING the Report and Recommendation of United States Magistrate Judge F. Keith Ball entered on November 21, 2014. A Final Judgment is now appropriate.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this cause is dismissed with prejudice.

This the 12th day of December, 2014.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE